## NEW AMERICAN OIL & MINING COMPANY ET AL. *v.* WOLFF ET AL.

[No. 20,756. Filed January 3, 1906. Rehearing denied April 26, 1906.]

From Grant Circuit Court; *H. J. Paulus,* Judge.

Suit by Solomon Wolff and others against the New American Oil & Mining Company and another. From a decree for plaintiffs, defendants appeal. *Reversed.*

*McBride & Denny,* for appellants.

*George A. Mason, Manley & Strickler, John B. Mason* .and *Dailey, Simmons & Dailey,* for appellees.

HADLEY, J.—The facts and issues in this appeal are in substance the same as those in *New American Oil, etc., Co.* v. *Troyer* (1906), *ante,* 402, and upon the authority of that case the judgment in this is reversed, with instructions to grant appellant a new trial.